**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

AUG 2 1 2014

JAMES W. McCORMACK, CLERK
By:_____
                    **DEP CLERK**

**MARY REEVES**                                                                               **PLAINTIFF**

**VS.**                             CASE NO. 4:14 cv 488 JM

**COLOR SPOT NURSERIES, INC.;**                                              **DEFENDANTS**
**and JONATHAN A. HART**

## COMPLAINT

Comes the Plaintiff, Mary Reeves, by and through her attorneys, Penny Collins Choate

and CHOATE LAW FIRM, PLLC, and for her *Complaint*, states:

### Parties

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

1.      Plaintiff Mary Reeves is a citizen and resident of Pangburn, Cleburne County,

Arkansas.

2.      Defendant Color Spot Nurseries, Inc. is a Delaware corporation with its corporate

offices at 27368 Via Industria, Suite 201, Temecula, California 92590.

3.      Defendant Jonathan A. Hart is an individual who is a resident of Bullard, Texas.

### Jurisdiction and Venue

4.      Jurisdiction of this matter is proper in this Court pursuant to 28 U.S.C. §1332, due

to diversity of citizenship between the parties and the amount of controversy exceeds the sum of

$75,000.00 exclusive of interests and costs.

5.      Venue of this action is properly in this Court pursuant to 28 U.S.C. §1391(b)(2) as

the "judicial district in which a substantial part of the events or omissions giving rise to the claim

occurred...."

### Factual Background

6.      Defendant Color Spot Nurseries, Inc. has various facilities in California and

Texas. Specifically, Color Spot Nurseries, Inc. has a facility located at 15255 State Highway 110N, Troup, Texas 75789.

7.     Defendant Color Spot Nurseries, Inc. employs various drivers to transport product to stores in several states.

8.     Based upon the police report, Defendant Jonathan A. Hart was driving for Powell Plant Farms, a company which was purchased by Color Spot Nurseries, Inc. in 2007 and therefore at the time of the accident was driving for Color Spot Nurseries, Inc.

9.     On May 20, 2013, at approximately 2:11 p.m., Plaintiff Mary Reeves, was driving a 2007 Hummer H3 which was traveling northbound on Highway 16 in White County, Arkansas approximately seven (7) miles north of the City of Searcy.

10.     At such time and place, Defendant Jonathan A. Hart, was driving a 2010 International Prostar diesel tractor with trailer and was traveling northbound on Highway 16 in White County, Arkansas approximately seven (7) miles north of the City of Searcy, when he carelessly and negligently rear-ended the vehicle that Plaintiff Mary Reeves was driving causing Plaintiff's vehicle to leave the roadway and hit a large tree.

11.     The police report reflects that it was daylight and that the road conditions were clear and dry at the time of the accident and that Defendant Jonathan A. Hart was cited for careless and prohibitive driving.

## COUNT I: NEGLIGENCE

12.     Paragraphs one (1) through eleven (11) are incorporated herein as if fully set out word for word.

13.     Defendant Jonathan A. Hart was guilty of negligence which was the proximate cause of the above described automobile collision. Specifically, the negligent acts included:

(a)     Defendant Hart's failure to keep the automobile he was driving under proper control; and

(b)     Defendant Hart's failure to keep a proper lookout while driving.

14.     The Defendant Color Spot Nurseries, Inc., was guilty of negligence which was the proximate cause of the above described automobile collision under the doctrine of *respondeat superior* as the employer of Defendant Jonathan A. Hart.   Specifically, the negligent acts included:

(a)     Defendant Hart's failure to keep the automobile he was driving under proper control; and

(b)     Defendant Hart's failure to keep a proper lookout while driving.

15.     As a direct and proximate result of the negligence of Defendant Color Spot Nurseries, Inc.'s employee, Defendant Jonathan A. Hart, the Plaintiff Mary Reeves, suffered significant injuries and was transported by NorthStar EMS to White County Medical Center. Plaintiff suffered head trauma, bruising on her right collar bone, bruising on her left hip and extensive contusions to the knee and shin area on both legs.  Plaintiff continues to suffer from short-term memory loss, flashbacks and extreme emotional distress.

### Damages

16.     As a direct and proximate result of the negligent acts of Defendant Jonathan A. Hart, whose actions are imputed to Defendant Color Spot Nurseries, Inc., Plaintiff Mary Reeves has suffered medical damages in excess of the sum of $21,393.90.

17.     As a direct and proximate result of the negligent acts of Defendant Jonathan A. Hart, whose actions are imputed to Defendant Color Spot Nurseries, Inc., Plaintiff Mary Reeves has experienced and continues to experience pain and suffering related to her injuries.

18.     As a direct and proximate result of the negligent acts of Defendant Jonathan A.

Hart, whose actions are imputed to Defendant Color Spot Nurseries, Inc., Plaintiff Mary Reeves has suffered extreme mental anguish.

19.     The tortious conduct that was committed by Defendant Color Spot Nurseries, Inc.'s employee, Defendant Jonathan A. Hart, was egregious and oppressive and characterized by malice or wantonness justifying the imposition of punitive damages therefor.

20.     The imposition of punitive damages for the egregious and tortious conduct of Defendant Color Spot Nurseries, Inc.'s employee, Defendant Jonathan A. Hart, is justified on the grounds that Defendant Color Spot Nurseries, Inc. was reckless or wanton in properly training its employees regarding the rules of the road and safe operation of a commercial vehicle.

21.     As a direct and proximate result of the negligent acts of Jonathan A. Hart, whose actions are imputed to Defendant Color Spot Nurseries, Inc., Plaintiff Mary Reeves has suffered total damages in excess of the amount required for federal diversity jurisdiction.

### Jury Trial Demand

22.     Plaintiff requests a jury trial.

### Reservation of Right to Amend

23.     Plaintiff reserves the right to amend her pleadings to conform to further facts developed through discovery.

WHEREFORE, Plaintiff Mary Reeves, individually, requests entry of judgment against the Defendant Jonathan A. Hart and Defendant Color Spot Nurseries, Inc., in the sum of $1,000,000.00 and Plaintiff Mary Reeves, requests entry of judgment against the Defendants in the sum of $1,000,000.00.  Plaintiff should also be awarded her attorney's fees and costs and all other proper relief to which she may be entitled.

Respectfully Submitted,

Mary Reeves

By: Penny Collins Choate
AR Bar Number 2001104
Attorney for Plaintiff
CHOATE LAW FIRM, PLLC
402 East Race Avenue
Searcy, Arkansas 72143
Telephone: (501) 305-4442
E-mail: pennychoate@pennychoatelawfirm.com