IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY REEVES**                                                              **PLAINTIFF**

**V.**          **NO. 4:14-CV-488 (JM)**

**COLOR SPOT NURSERIES, INC.;**
**JONATHAN A. HART; and,**
**TRANSFORCE, INC.**                                                    **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that this matter has settled, all claims are hereby dismissed **WITH PREJUDICE**.

IT IS SO ORDERED this 5 day of OCT, 2016.

_____
HONORABLE JAMES M. MOODY, JR.
U.S. DISTRICT COURT JUDGE

*Prepared by:*

D. Michael Huckabay, Jr.
Huckabay Law Firm, PLC
425 West Capitol Avenue, Suite 1575
Little Rock, AR 72201
PH 501-375-5600/FX 501-375-5605
michael@huckabaylawfirm.com
*Attorneys for Defendant*